```
             IN THE UNITED STATES DI  STRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,      :    CIVIL ACTION
                               :
            Plaintiff,         :
                               :
       v.                      :
                               :
RONALD A. DEIFER AND           :    NO. 02-4865
SUSAN D. DEIFER                :
                               :
            Defendants.        :
```

**ORDER**

AND NOW, this 4th day of October 2002, it is hereby ORDERED that defendants have thirty (30) days from entry of this Order to show cause why the government's Motion for Default Judgement should not be granted and the relief sought ordered.

BY THE COURT:

_____
JAMES T. GILES          C.J.

copies by FAX on
to