IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| RONALD A. DEIFER | : | NO. 02-4865 |
| Defendant. | : | |

## ORDER

AND NOW, this ____ day of February 2003, it is hereby ORDERED that a damages hearing, in the above-captioned matter, shall be held on <u>March 14, 2003</u> at <u>5:00 p.m.</u> in <u>Room #17614</u>, United States Courthouse.

BY THE COURT:

_____
JAMES T. GILES     C.J.

copies by FAX on
to