## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>                    Plaintiff<br>v.<br><br>RONALD A. DEIFER<br>                    Defendant(s) | Civil Action No:  02-CV-4865 |

## CERTIFICATE OF SERVICE

I do hereby certify that service of Notice of Damages Hearing **re-scheduled** for March 21, 2003 at 4:30 p.m. in Room #17614 and Certificate of Service was made upon:

> RONALD DEIFER
> 453 Colonial Drive
> East Greenville, PA 18041-1718

by mailing a true and correct copy thereof, postage prepaid, on this 19 day of March, 2003.

> Respectfully submitted,
>
> GOLDBECK McCAFFERTY & McKEEVER
> By:  Michael T. McKeever, Esquire
> Pennsylvania Attorney I.D. No. 56129
> Suite 500 – The Bourse Building
> 111 S. Independence Mall East
> Philadelphia, PA  19106
> (215) 627 – 1322
>
> s/ Michael T. McKeever