UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs.<br><br>RONALD A. DEIFER<br>SUSAN D. DEIFER<br><br>Defendants | CIVIL NO. 02-CV-4865 |

**CERTIFICATE OF SERVICE**
**PURSUANT TO Pa.R.C.P. 3129.2 (c) (2)**

Joseph A. Goldbeck, Jr., Esquire, Attorney for Plaintiff, hereby certifies that service on the Defendants of the Notice of Sheriff Sale was made by:

(X) Personal Service by the ~~Sheriff's Office~~/competent adult (copy of return attached).
( ) Certified mail by Joseph A. Goldbeck, Jr. (original green Postal return receipt attached).
( ) Certified mail by Sheriff's Office.
( ) Ordinary mail by Joseph A. Goldbeck, Jr., Esquire to Attorney for Defendant(s) of record (proof of mailing attached).
( ) Acknowledgment of Sheriff's Sale by Attorney for Defendant(s) (proof of acknowledgment attached).
( ) Ordinary mail by Sheriff's Office to Attorney for Defendant(s) of record.

**IF SERVICE WAS ACCOMPLISHED BY COURT ORDER.**
( ) Premises was posted by Sheriff's Office/competent adult (copy of return attached).
( ) Certified Mail & ordinary mail by Sheriff's Office (copy of return attached).
( ) Certified Mail & ordinary mail by Joseph A. Goldbeck, Jr. (original receipt(s) for Certified Mail attached).

Pursuant to the Affidavit under Rule 3129 (copy attached), service on all lienholders (if any) has been made by ordinary mail by Joseph A. Goldbeck, Jr., Esquire (copies of proofs of mailing attached).

The undersigned understands that the statements herein are subject to the penalties provided by 18 P.S. Section 4904.

Respectfully submitted,

*[signature]*
BY: Joseph A. Goldbeck, Jr.
Attorney for Plaintiff

**7160 3901 9844 3518 0609**

TO: DEIFER, SUSAN D. (property)
**SUSAN D. DEIFER**
453 COLONIAL DRIVE
EAST GREENVILLE, PA 18041-1718

SENDER: GOLDBECK MCCAFFERTY & MCKEEVE
April 12, 2003

REFERENCE: DEIFER, RONALD A. / USA-0177
08/05/03 – Montgomery

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

**7160 3901 9844 3518 0494**

TO: DEIFER, RONALD A.
**RONALD A. DEIFER**
453 Colonial Drive
East Greenville, PA 18041

SENDER: GOLDBECK MCCAFFERTY & MCKEEV
April 12, 2003

REFERENCE: DEIFER, RONALD A. / USA-0177
– Montgomery

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

**7160 3901 9844 3518 0517**

TO: DEIFER, SUSAN D.
**SUSAN D. DEIFER**
644 Trumbauersville Road
Quakertown, PA 18951

SENDER: GOLDBECK MCCAFFERTY & MCKEE
April 12, 2003

REFERENCE: DEIFER, RONALD A. / USA-0177
– Montgomery

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

---

**7160 3901 9844 3518 0500**

TO: DEIFER, RONALD A.
**RONALD A. DEIFER**
644 TRUMBAUERSVILLE ROAD
QUAKERTOWN, PA 18951-2978

SENDER: GOLDBECK MCCAFFERTY & MCKEEVE
April 12, 2003

REFERENCE: DEIFER, RONALD A. / USA-0177
08/05/03 – Montgomery

PS Form 3800, June 2000

| RETURN RECEIPT SERVICE | Postage | |
| --- | --- | --- |
| | Certified Fee | |
| | Return Receipt Fee | |
| | Restricted Delivery | |
| | Total Postage & Fees | |

US Postal Service
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do Not Use for International Mail

POSTMARK OR DATE

# GOLDBECK McCAFFERTY & McKEEVER
Suite 500 The Bourse Building
111 S. Independence Mall East
Philadelphia, Pennsylvania 19106

| Name and Address of Sender | | | | | | |
|---|---|---|---|---|---|---|

**Check type of mail:**
- ☐ Express
- ☐ Registered
- ☐ Insured
- ☐ COD
- ☐ Return Receipt (RR) for Merchandise
- ☐ Certified
- ☐ Int'l Rec. Del.
- ☐ Del. Confirmation (DC)

**If Registered Mail check below:**
- ☐ Insured
- ☐ Not Insured

Affix stamp here if issued as certificate of mailing, or for additional copies of this bill. ▼ Postmark and Date of Receipt

| Line | Article Number | Addressee Name, Street, and PO Address | Postage | Fee | Handling Charge | Actual Value (If Reg.) | Insured Value | Due Sender If COD | RR Fee | DC Fee | SC Fee | SH Fee | SD Fee | RD Fee | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | DOMESTIC RELATIONS OF MONTGOMERY COUNTY<br>PO Box 311<br>Norristown, PA 19404 | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | |
| 3 | | PA DEPARTMENT OF PUBLIC WELFARE<br>Bureau of Child Support Enforcement<br>Health and Welfare Bldg. - Room 432<br>P.O. Box 2675<br>Harrisburg, PA 17105-2675 | | | | | | | | | | | | | |
| 4 | | | | | | | | | | | | | | | |
| 5 | | U.S.A. FARMERS HOME ADMINISTRATION<br>Box 13<br>4529 Swamp Road<br>Boylestown, PA 18901 | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | |
| 7 | | OCCUPANTS/TENANTS/<br>453 Colonial Drive<br>East Greenville, PA 18041 | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | | | | |

| Total Number of Pieces Listed by Sender | Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) |
|---|---|---|
| | | |

The full declaration of value is required on all domestic and international registered mail. The maximum indemnity payable for the reconstruction of nonnegotiable documents under Express Mail document reconstruction insurance is $50,000 per piece subject to a limit of $500,000 per occurrence. The maximum indemnity payable on Express Mail merchandise insurance is $500. The maximum indemnity payable is $25,000 for registered mail, sent with optional postal insurance. See Domestic Mail Manual R900, S913, and S921 for limitations of coverage on insured and COD mail. See International Mail Manual for limitations of coverage on international mail. Special handling charges apply only to Standard Mail (A) and Standard Mail (B) parcels.

PS Form 3877, April 1999     Complete by Typewriter, Ink, or Ball Point Pen

*[Postage stamp: 1503 9402 1292 U.S. POSTAGE PB221913 $03.600 APR 14 03 MAILED FROM ZIP CODE 19106]*

RONALD A. DEIFER                                            CHECK # _____

# AFFIDAVIT OF SERVICE

| PLAINTIFF/S/<br>THE UNITED STATES OF AMERICA | COURT NUMBER<br>02-CV-4865 |
|---|---|
| DEFENDANT/S/<br>RONALD A. DEIFER<br>SUSAN D. DEIFER | ____ COMPLAINT - MORTGAGE FORECLOSURE<br>_XX_ WRIT OF EXECUTION – MORTGAGE ORECLOSURE<br>____ COMPLAINT – EJECTMENT<br>____ WRIT OF POSSESSION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
**DEIFER, RONALD A.**

ADDRESS (Street or Road, Apartment No., City, Boro, Twp., State and ZIP Code)
**644 Trumbauersville Road**
**Quakertown, PA 18951**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

ADDRESS OF ATTORNEY FOR PLAINTIFF
    GOLDBECK McCAFFERTY & McKEEVER
    Suite 500 – The Bourse Bldg.
    111 S. Independence Mall East
    Philadelphia, PA 19106

Louis Giacomelli, hereby certifies in accordance with law that he did serve upon above named Defendant a true and correct copy of the above-captioned on the __19__ day of __APRIL__ 20_03_ at _1040_ o'clock _A_ .M., in the following manner:

( X ) Defendant(s) personally served.
( ) Adult family member with whom said Defendant(s) reside(s).
    Relationship is _____
( ) Adult in charge of Defendant's residence who refused to give name or relationship.
( ) Manager / Clerk of place of lodging in which Defendant(s) reside(s).
( ) Agent or person in charge of Defendant's office of usual place of business.
( ) _____ an officer of said Defendant company.
( ) POSTED in accordance with Court Order.
( ) Other _____.

On the _____ day of _____, 20___, at ____ o'clock, ___ .M., Defendant not found because:

( ) Moved    ( ) Unknown    ( ) Vacant    ( ) Other _____.

I certify the foregoing to be true and correct.

SWORN TO AND SUBSCRIBED:                    SIGNATURE _Louis Giacomelli_
Before me this _8_ day:
of _July_ , 200_3_                          PRINT NAME _LOUIS GIACOMELLI_

_____
Notary Public

NOTARIAL SEAL
Kathleen M. Lion, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 14, 2004

SUSAN D. DEIFER                                    CHECK #_____

# AFFIDAVIT OF SERVICE

| PLAINTIFF/S/<br>THE UNITED STATES OF AMERICA | COURT NUMBER<br>02-CV-4865 |
|---|---|
| DEFENDANT/S/<br>RONALD A. DEIFER<br>SUSAN D. DEIFER | ____ COMPLAINT - MORTGAGE FORECLOSURE<br>_XX_ WRIT OF EXECUTION – MORTGAGE ORECLOSURE<br>____ COMPLAINT – EJECTMENT<br>____ WRIT OF POSSESSION |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVICE
**DEIFER, SUSAN D.**

ADDRESS (Street or Road, Apartment No., City, Boro, Twp., State and ZIP Code)
**644 Trumbauersville Road**
**Quakertown, PA 18951**

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

ADDRESS OF ATTORNEY FOR PLAINTIFF
   GOLDBECK McCAFFERTY & McKEEVER
   Suite 500 – The Bourse Bldg.
   111 S. Independence Mall East
   Philadelphia, PA  19106

Louis Giacomelli, hereby certifies in accordance with law that he did serve upon above named Defendant a true and correct copy of the above-captioned on the ___19___ day of ___APRIL___ 20_03_ at _10:46_ o'clock _A_.M., in the following manner:

( X ) Defendant(s) personally served.
(   ) Adult family member with whom said Defendant(s) reside(s).
      Relationship is _____
(   ) Adult in charge of Defendant's residence who refused to give name or relationship.
(   ) Manager / Clerk of place of lodging in which Defendant(s) reside(s).
(   ) Agent or person in charge of Defendant's office of usual place of business.
(   ) _____ an officer of said Defendant company.
(   ) POSTED in accordance with Court Order.
(   ) Other _____.

On the _____ day of _____, 20___, at ____ o'clock, ___.M., Defendant not found because:

(  ) Moved      (  ) Unknown      (  ) Vacant      (  ) Other _____.

I certify the foregoing to be true and correct.

SWORN TO AND SUBSCRIBED:            SIGNATURE  _Louis Giacomelli_
Before me this _8_ day:
of _July_, 200_3_:                   PRINT NAME  LOUIS GIACOMELLI

Notary Public

NOTARIAL SEAL
Kathleen M. Lion, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 14, 2004

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　　　　　　　　　Plaintiff<br><br>vs.<br><br>RONALD A. DEIFER<br>SUSAN D. DEIFER<br><br>　　　　　　　　　　　　Defendants | CIVIL NO. 02-CV-4865 |

### AFFIDAVIT-PURSUANT TO RULE 3129

　　　THE UNITED STATES OF AMERICA, Plaintiff in the above action, by its attorney, Joseph A. Goldbeck, Jr., Esquire, sets forth as of the date the praecipe for the writ of execution was filed the following information concerning the real property located at:

      453 Colonial Drive
      East Greenville, PA 18041

1. Name and address of Owners or Reputed Owners:

      RONALD A. DEIFER
      453 Colonial Drive
      East Greenville, PA 18041

      SUSAN D. DEIFER
      644 Trumbauersville Road
      Quakertown, PA 18951

2. Name and address of Defendants in the judgment:

      RONALD A. DEIFER
      453 Colonial Drive
      East Greenville, PA 18041

      SUSAN D. DEIFER
      644 Trumbauersville Road
      Quakertown, PA 18951

3. Name and last known address of every judgment creditor whose judgment is a record lien on the property to be sold:

      DOMESTIC RELATIONS OF MONTGOMERY COUNTY
      PO Box 311
      Norristown, PA 19404

PA DEPARTMENT OF PUBLIC WELFARE
Bureau of Child Support Enforcement
Health and Welfare Bldg. - Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

4. Name and address of the last recorded holder of every mortgage of record:

U.S.A. FARMERS HOME ADMINISTRATION
Box 13
4529 Swamp Road
Boylestown, PA 18901

5. Name and address of every other person who has any record interest in or record lien on the property and whose interest may be affected by the sale:

6. Name and address of every other person of whom the plaintiff has knowledge who has any record interest in the property which may be affected by the sale.

7. Name and address of every other person of whom the plaintiff has knowledge who has any interest in the property which may be affected by the sale.

OCCUPANTS/TENANTS/
453 Colonial Drive
East Greenville, PA 18041

(attach separate sheet if more space is needed)

I verify that the statements made in this affidavit are true and correct to the best of my personal knowledge or information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsification to authorities.

DATED: July 8, 2003

GOLDBECK McCAFFERTY & McKEEVER
BY: Joseph A. Goldbeck, Jr., Esq.
Attorney for Plaintiff