## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>              Plaintiff<br>    v.<br>RONALD A. DEIFER<br>SUSAN D. DEIFER<br>             Defendant(s) | Civil Action No:   02-CV-4865 |

### ORDER

AND NOW, this        day of                  , 2003, upon consideration of Plaintiff's Motion which states that notice has been given to all lienholders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby

### ORDERED

    1.   That the public sale held on August 07, 2003 is hereby confirmed.

    2.   That the Marshal is ordered and directed to execute and deliver to Lee Brensinger, their successors and assigns, a good and sufficient deed, conveying all the right, title and interest of RONALD A. DEIFER and SUSAN D. DEIFER in and to the premises sold located at 453 Colonial Drive, East Greenville, PA 18041.

    3.   That jurisdiction is retained for such further orders or decrees as may be necessary.

_____
J.

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　Plaintiff<br>　　v.<br>RONALD A. DEIFER<br>SUSAN D. DEIFER<br>　　　　　　Defendant(s) | Civil Action No:  02-CV-4865 |

**MOTION FOR CONFIRMATION OF PUBLIC SALE**

　　The United States of America, by its attorneys, Goldbeck McCafferty & McKeever, moves to confirm the public sale in the captioned case, and respectfully represents:

　　1.　In accordance with Order entered April 02, 2003 in favor of Plaintiff and against Defendants, after due advertisement pursuant to Title 28, U.S.C. Section 2002, as appears from the Advertising Order attached hereto as Exhibit "A", the real property described was exposed to public sale on August 07, 2003 and sold to Lee Brensinger for a bid of $65,300.00.

　　2.　The Marshal's Return of Sale is attached as Exhibit B.

　　3.　Notice of the sale had been given to all lienholders as shown on the Affidavit pursuant to Pa. R.C.P. 3129 and the Certificate of Service (Exhibit "C")

　　4.　The Order of April 02, 2003 required that a Motion for Confirmation of the Sale be made to the Court at least thirty (30) days after the date of Sale.

　　5.　Notice has been given to all parties in interest of the presentation of this motion.

　　WHEREFORE, Plaintiff respectfully moves for confirmation of the sale.

　　　　　　　　　　　　　　GOLDBECK MCCAFFERTY & MCKEEVER
　　　　　　　　　　　　　　By:  Michael T. McKeever, Esquire
　　　　　　　　　　　　　　Pennsylvania Attorney I.D. No. 56129
　　　　　　　　　　　　　　Suite 500 - The Bourse Building

```
111 S. Independence Mall East
Philadelphia, PA 19106
215-627-1322
```

s/ Michael T. McKeever

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff<br>    v.<br><br>RONALD A. DEIFER<br>SUSAN D. DEIFER<br><br>        Defendant(s) | Civil Action No:   02-CV-4865 |

**CERTIFICATE OF SERVICE**

I certify that on September 19, 2003, by first class mail, postage prepaid, the following parties in interest were given notice this Motion:

RONALD A. DEIFER and SUSAN D. DEIFER
453 Colonial Drive
East Greenville, PA 18041

DOMESTIC RELATIONS OF MONTGOMERY COUNTY
PO Box 311
Norristown, PA 19404

PA DEPARTMENT OF PUBLIC WELFARE –
Bureau of Child Support Enforcement
Health and Welfare Bldg. – Room 432
P.O. Box 2675
Harrisburg, PA 17105-2675

U.S.A. FARMERS HOME ADMINISTRATION
Box 13
4529 Swamp Road
Boylestown, PA 18901

OCCUPANTS/TENANTS
453 Colonial Drive
East Greenville, PA 18041

LEE BRENSINGER
2500 Tirjan Avenue
Quakertown, PA 18951

  GOLDBECK MCCAFFERTY & MCKEEVER
  By:  Michael T. McKeever, Esquire
  Pennsylvania Attorney I.D. No. 56129
  Suite 500 – The Bourse Building
  111 S. Independence Mall East
  Philadelphia, PA 19106
  215-627-1322

  s/ Michael T. McKeever