ADVERTISING ORDER
Case 2:02-cv-04865-JG Document 21-2    Filed 08/19/2003    Page 1 of 1
03 AUG 25   VOUCHER #
U. S. Marshal's Department of Justice    EASTERN DISTRICT OF PENNSYLVANIA
Room 2110    601 Market St., Phila, PA 19106

The publisher of Times Herald is authorized to publish the enclosed advertisement according to the schedule below, provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without any display in the heading unless otherwise expressly authorized in the specifications.

NAME OF PUBLICATION: Times Herald
SUBJECT OF ADVERTISEMENT: Sale of Real Property
EDITION OF PAPER ADVERTISEMENT APPEARED: daily
NUMBER OF TIMES ADVERTISEMENT APPEARED: 4x's
DATE(S) ADVERTISEMENT APPEARED: July 10, 17, 24 and 31, 2003
SPECIFICATIONS FOR ADVERTISEMENT:
COPY FOR ADVERTISEMENT: Ronald A. & Susan D. Deifer

## AUTHORITY TO ADVERTISE

DATE: July 8, 2003
CASE NUMBER: 02-4865
SIGNATURE OF AUTHORIZING OFFICIAL: _____
---------PUBLIC VOUCHER FOR ADVERTISING--[ATTACHED HERE]
CHARGES TO BE FILLED OUT BY NEWSPAPER:

TIMES ADVERTISEMENT APPEARED: (4) 7/10-17-24-31
NUMBER OF LINES IN AD: 170 X 2 Columns = 340
COST PER LINE: $1.47 + 10.50 POP
TOTAL COST: $2009.70

AFFIDAVIT - This represents a true billing for the advertising order, with specifications and copy completed.
SIGNATURE OF PUBLISHER: _____
TITLE: PUBLISHER

NAME OF PUBLICATION: Times Herald
ADDRESS: Markley & Airy Streets, Norristown, PA
--------------------------------------------------
FOR U.S. MARSHAL SERVICE USE ONLY

I certify that the advertisement described above named publication and that this account is correct for payment.

SIGNATURE OF CERTIFYING OFFICER: _____
DATE: _____
ACCOUNT: _____ CHECK # _____

---

**NOTICE OF U.S. MARSHAL'S SALE OF REAL PROPERTY**

Public notice is hereby given, that by virtue of an Order for Foreclosure and Sale of Real Estate dated April 02, 2003, issued out of the United States District Court for the Eastern District of Pennsylvania, in Civil Action No. 02-CV-4865 on a judgement in the amount of $88,058.44 plus interest from January 31, 2002 rendered in the Court, in favor of the United States of American and against RONALD A. DEIFER and SUSAN D. DEIFER, the following described real estate, located at 453 Colonial Drive, East Greenville, PA 18041, shall be offered for sale on August 07, 2003 at 2:00 PM at the property address of: 453 Colonial Drive, East Greenville, PA 18041 at public auction, to the highest and best bidder by the U.S. Marshal for the Eastern District of Pennsylvania:

ALL THAT CERTAIN lot or piece of ground with the buildings and improvements thereon erected; situate in the Borough of East Greenville, County of Montgomery and Commonwealth of Pennsylvania, bounded and described according to a "As Built" plan made for Colonial Village by y. Urwiller & Walter, Inc. Registered Professional Engineers, dated October 29, 1973 as follows, to wit:

BEGINNING at a point on the Northeasterly side of Colonial Drive (82 feet wide) said point being at the distance of 525.50 feet measured North 24 degrees 06 minutes 10 seconds West along the Northeasterly side of Colonial Drive from its point of Intersection with the Northwesterly side of Hamilton Road (82 feet wide).

CONTAINING in front or breadth Northwesterly along the Northeasterly side of Colonial Drive 32 feet and extending of that width in length or depth Northeasterly between parallel lines at right angles to Colonial Drive 101.50.

BEING Lot No. 166 as shown on the above mentioned Plan.

BEING Parcel No. 06-00-01076-00-7.

BEING the same premises which Roy a. Klinghoffer and Elaine M. Klinghoffer, his wife by Indenture dated October 25, 1985, and intended to be forthwith recorded in the Office of the Recorder of Deeds in and for the County of Montgomery granted and conveyed unto Anna Minio.

ALSO being the same premises which Thomas Vokes, United States Marshal for Eastern District of Pennsylvania by Indenture dated May 1, 1992 and recorded in the Office of the Recorder of Deeds In and for the County of Montgomery in Deed Book 5019, Page 1232, granted and conveyed unto U.S.D.A. Farmers Home Administration.

ALSO being the same premises which D. Eugene Gayman, State Director, U.S.D.A. Farmers Home Administration by Indenture dated September 29, 1992 and recorded in the Office of the Recorder of Deeds in and for the County of Montgomery, in Deed Book 5022, Page 1107, granted and conveyed unto Ronald A. and Susan D. Deifer.

ALSO KNOWS as 453 Colonial Drive, Montgomery County, Pennsylvania, Montgomery County Parcel Number 06-00-01076-00-7.

Terms of Sale: Ten percent (10%) of the highest sum bid must be deposited by the highest bidder, in cashier's check with the Marshal upon the property being struck down to such bidder. Upon failure to make such deposit the bidder shall lose the benefit of this bid and the property may be immediately put up again and sold unless a deposit of the sum required be made by a second bidder willing to take the property at the highest price bid. The balance of the purchase price shall be paid in cashier's check or certified check with ten(10) days after confirmation of the sale by Court Order without any demand being made by the Marshal. Otherwise, the Marshal may settle with a second bidder, who has made the required deposit at the Marshal's Sale and thereby registered their willingness to take the property at the highest price bid, provided such second bidder deposits the balance of the purchase price within 10 days after notice from the Marshal of the first bidder's default. If no second bid be registered, the property may be sold again at the risk of the defaulting bidder, and in case of any deficiency in such resale, the defaulting bidder shall make good the same to the person injured thereby and the deposit shall be forfeited and distributed with the other funds created by the sale.

The successful bidder takes the real estate to, and shall pay all taxes, water rents, sewer charges, municipal claims, and other charges and liens not divested by the sale and must also pay all state and local realty transfer taxes or stamps, to the extend the fund created by the sale is insufficient to pay such transfer