

U.S. Department of Justice

United States Marshals Service

*Eastern District of Pennsylvania*

---

*Philadelphia, PA 19106*

## U. S. MARSHALS SALE OF REAL PROPERTY

C. A. <u>02-CV-4865</u>

I, <u>Nik C. Hannevig</u>, a Deputy U. S. Marshal for the Eastern District of Pennsylvania, sold the property located at <u>453 Colonial Drive East Greenville PA</u>. The public sale was held on <u>7 Aug 2003</u> and the highest bidder was <u>Lee Brensinger</u>, who bid the amount of $ <u>65,300.00</u>.

*[signature]*

Deputy U. S. Marshal
United States Marshals Service
Eastern District of Pennsylvania